IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| NANCY HENDERSON and THOMAS HENDERSON,<br><br>    Plaintiffs<br><br>vs.<br><br>DALE CUNNINGHAM, GREYHOUND LINES, INC.<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*   CASE NO.: 3:07 cv916MEF<br>*<br>*<br>*<br>*<br>* |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Greyhound Lines, Inc., a Defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entitles reportable under the provisions of the Middle district of Alabama's General Order No. 3047.

The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| 1. American Bus Sales Associates, Inc. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 2. Americanos U.S.A., L.L.C. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 3. Autobuses Americanos, S.A. de C.V. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 4. Autobuses Amigos, S.A. de C.V. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 5. Autobuses Crucero, S.A. de C.V. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 6. Butler Pappas Weihmuller Katz Craig LLP | Attorneys for Defendant Greyhound Lines, Inc. |
| 7. Gateway Ticketing Systems, Inc. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |

| | |
|---|---|
| 8. Gonzalez, Inc. d/b/a Golden State Transportation | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 9. Greyhound Lines, Inc. | Defendant |
| 10. Greyhound Transit Ltd. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 11. Laidlaw Transportation Holding, Inc. | Parent of Defendant Greyhound Lines, Inc. |
| 12. Omnibus Americanos, S.A. de C.V. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 13. Transportation Realty Income Partners, L.P. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 14. Union Bus Station of Oklahoma City, Oklahoma | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 15. Wilmington Union Bus Station Corp. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 16. David Kirby Howard, Jr. | Attorney for Defendant Greyhound Lines, Inc. |
| 17. Donald F. Pierce | Attorney for Defendant Greyhound Lines, Inc. |
| 18. John C. S. Pierce | Attorney for Defendant Greyhound Lines, Inc. |
| 19. Dale Cunningham | Defendant |
| 20. Melissa B. Thomas | Attorney for Plaintiffs Nancy Henderson and Thomas Henderson |
| 21. James R. McKoon, Jr. | Attorney for Plaintiffs |

        s/ D. Kirby Howard, Jr.
        DONALD F. PIERCE   (PIERD9277)
        JOHN C.S. PIERCE   (PIERJ0347)
        D. KIRBY HOWARD, JR. (HOWD3177)
        Attorneys for Greyhound Lines, Inc.

OF COUNSEL:

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama  36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Melissa B. Thomas, Esq.
    P. O. Box 1028
    Phenix City, AL 36868-1028

    James R. McKoon, Jr., Esq.
    P. O. Box 3220
    Phenix City, AL 36868-3220

    Dale Cunningham
    517 Fond Du Lac Drive
    Stone Mountain, Georgia 30088

Done this 16th day of October, 2007.

        s/ D. Kirby Howard, Jr.
        COUNSEL