IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

NANCY HENDERSON and THOMAS HENDERSON, )
)
    Plaintiffs, )
)
vs. )  CASE NO.: 3:07 CV916MEF
)
DALE CUNNINGHAM AND )
GREYHOUND LINES, INC. )
)
    Defendants. )

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Nancy and Thomas Henderson, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order no. 3047:

    These parties are individuals.

JAMES R. McKOON, Jr.
Ala. Bar No.: MCK020
Attorney for Plaintiffs
P. O. Box 3220
Phenix City, AL 36868-3220
(334) 297-2300

MELISSA B. THOMAS
Ala. Bar No.: THO107
Attorney for Plaintiffs
P. O. Box 1028
Phenix City, AL 36868-1028
(334) 297-8300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on the following:

Donald F. Pierce
John C.S. Pierce
D. Kirby Howard, Jr.
Butler Pappas Weihmuller Katz Craig LLC
P. O. Box 16328
Mobile, AL 36616

Dale Cunningham
517 Fond Du Lac Drive
Stone Mountain, GA 30088

Done this the 22nd day of October, 2007.

/s/ Melissa D. Thomas
OF COUNSEL