IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| NANCY HENDERSON, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:07-cv-916-MEF |
| | ) | |
| GREYHOUND LINES, INC., *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Suspend Rule 26(f) Order (Doc. #8) filed on November 15, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of November, 2007.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE