IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| NANCY HENDERSON and THOMAS HENDERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO.: 3:07cv916-MEF |
| GREYHOUNDS LINES, INC., et al., | ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| MARRLINA BOLDEN, | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CASE NO.: 3:07cv917-MEF |
| DALE CUNNINGHAM, GREYHOUND LINES, INC. | ) ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| BON KIEU, | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CASE NO.: 3:07cv1020-MEF |
| DALE CUNNINGHAM, et al., | ) ) ) | |
| Defendants | ) | |

## MOTION FOR RULE 26(f) ORDER

COME NOW, Defendants Greyhound Lines, Inc. and Dale Cunningham, and request that this Court enter a Rule 26(f) Order for these consolidated cases.

The above cases were consolidated on December 26, 2007. Defendants ask that the Court issue an Order imposing the obligation of Rule 26(f) of the Federal Rules of Civil Procedure on all parties to confer and to develop a proposed discovery plan.

Respectfully Submitted,

/s/ D. KIRBY HOWARD, JR.
DONALD F. PIERCE (PIERD9277)
JOHN C.S. PIERCE (PIERJ0347)
D. KIRBY HOWARD, JR. (HOWD3177)
Attorneys for Greyhound Lines, Inc.
and Dale Cunningham

OF COUNSEL:

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Melissa B. Thomas, Esq.
P. O. Box 1028
Phenix City, AL 36868-1028

James R. McKoon, Jr., Esq.
P. O. Box 3220
Phenix City, AL 36868-3220

William J. Benton, Jr., Esq.
P. O. Box 2850
Phenix City, AL 36867

Michael P. Windom, Esq.
Windom & Tobias, LLC
P. O. Box 2626
Mobile, AL 36601

Michael P. Windom, Esq.
Windom & Tobias, LLC
P. O. Box 2626
Mobile, AL 36601

Done this 9TH day of January, 2008.

/s/ D. KIRBY HOWARD, JR.
COUNSEL