IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY HENDERSON, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:07-cv-916-MEF |
| | ) | |
| GREYHOUND LINES, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| BON KIEU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07-cv-1020-MEF |
| | ) | |
| DALE CUNNINGHAM, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendants' Motion for Rule 26(f) Order (Doc. #11) filed on January 9, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of January, 2008.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE