IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| NANCY HENDERSON and THOMAS HENDERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO.: 3:07cv916-MEF |
| GREYHOUNDS LINES, INC., et al., | ) ) ) | |
| Defendants | ) ) | |

| | | |
|---|---|---|
| MARRLINA BOLDEN, | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CASE NO.: 3:07cv917-MEF |
| DALE CUNNINGHAM, GREYHOUND LINES, INC. | ) ) ) ) | |
| Defendants | ) ) | |

| | | |
|---|---|---|
| BON KIEU, | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CASE NO.: 3:07cv1020-MEF |
| DALE CUNNINGHAM, et al., | ) ) ) | |
| Defendants | ) ) | |

## RULE 26(f) REPORT CONTAINING DISCOVERY PLAN

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 31, 2008 and was attended by:

James R. McCoon, Jr., for plaintiffs Nancy and Thomas Henderson
Michael P. Windom, for plaintiff Bon Kieu
R. Brent Cueria, for plaintiff Marrlina Bolden
D. Kirby Howard, Jr., for defendants Greyhound Lines, Inc. and Dale Cunningham

2. **Pre-Discovery Disclosures.** The parties will exchange by **February 29, 2008** the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan: Discovery will be needed on the following subjects: liability, defenses, and damages.

All discovery commenced in time to be completed by **December 19, 2008.**

Maximum of **40** interrogatories by each party to any other party.

Maximum of **20** requests for admission by each party to any other party.

Maximum of **10** depositions by plaintiffs and 10 by defendants.

Each deposition limited to maximum of 7 hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiffs by **October 3, 2008.**

From defendants by **November 3, 2008.**

Supplementation under Rule 26(e) due 30 days before the close of discovery.

4. **Other items.**

The parties do not request a conference with the Court before entry of the scheduling order.

Plaintiff should be allowed until **July 1, 2008** to join additional parties and amend

pleadings.

Defendants should be allowed until **August 1, 2008** to join additional parties and to amend pleadings.

All potentially dispositive motions should be filed by **January 16, 2009.**

Settlement cannot be evaluated until completion of at least some discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From plaintiffs by 30 days prior to trial.

From defendants by 30 days prior to trial.

Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This case should be set for trial during the **Spring 2009 Civil Trial term**.


DATE:   February 7, 2008

                              Respectfully Submitted,


                              __/s/D. Kirby Howard, Jr._____
                              DONALD F. PIERCE (PIERD9277)
                              JOHN C.S. PIERCE  (PIERJ0347)
                              D. KIRBY HOWARD, JR. (HOWD3177)
                              Attorneys for Greyhound Lines, Inc.
                              and Dale Cunningham

<u>OF COUNSEL</u>:
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama  36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

                                                */s/James R. McKoon, Jr.*
                                                James R. McKoon, Jr.
                                                Attorney for Plaintiffs, Nancy Henderson and
                                                Thomas Henderson

OF COUNSEL:
JAMES R. McKOON, JR.
P. O. Box 3220
Phenix City, AL 36868-3220


                                                */s/R. Brent Cueria*
                                                R. Brent Cueria
                                                Attorney for Plaintiff, Marrlina Bolden

OF COUNSEL:
CUERIA LAW FIRM, LLC
700 Camp Street, Suite 316
New Orleans, Louisiana 70130


                                                */s/Michael P. Windom*
                                                Michael P. Windom
                                                Attorney for Plaintiff, Bon Kieu

OF COUNSEL:
WINDOM & TOBIAS, LLC
P. O. Box 2626
Mobile, AL 36601