IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

NANCY HENDERSON and THOMAS
HENDERSON,                                     )
                                               )
        Plaintiffs,                            )
                                               )
vs.                                            )      CASE NO.:  3:07cv916-MEF
                                               )
GREYHOUNDS LINES, INC., et al.,                )
                                               )
        Defendants                             )

_____

MARRLINA BOLDEN,                               )
                                               )
        Plaintiff                              )
                                               )
vs.                                            )      CASE NO.:  3:07cv917-MEF
                                               )
DALE CUNNINGHAM, GREYHOUND                      )
LINES, INC.                                    )
                                               )
        Defendants                             )

_____

BON KIEU,                                      )
                                               )
        Plaintiff                              )
                                               )
vs.                                            )      CASE NO.: 3:07cv1020-MEF
                                               )
DALE CUNNINGHAM, et al.,                       )
                                               )
        Defendants                             )

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

COME NOW the Defendants, Greyhound Lines, Inc. and Dale Cunningham, by and

through undersigned counsel, and hereby give notice to the Court that on this day,

Defendants have served all parties of record with initial disclosures as is required by Fed.R.Civ.P. 26(a)(1).

Respectfully Submitted,

            */s/D. Kirby Howard, Jr.*
            DONALD F. PIERCE (PIERD9277)
            JOHN C.S. PIERCE  (PIERJ0347)
            D. KIRBY HOWARD, JR. (HOWD3177)
            Attorneys for Greyhound Lines, Inc.
            and Dale Cunningham

OF COUNSEL:
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama  36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Melissa B. Thomas, Esq.
P. O. Box 1028
Phenix City, AL 36868-1028

James R. McKoon, Jr., Esq.
P. O. Box 3220
Phenix City, AL 36868-3220

William J. Benton, Jr., Esq.
P. O. Box 2850
Phenix City, AL 36867

2

Michael P. Windom, Esq.
Windom & Tobias, LLC
P. O. Box 2626
Mobile, AL 36601

R. Brent Cueria, Esq.
700 Camp Street, Suite 316
New Orleans, Louisiana 70130

Done on this 29th day of February, 2008;


                            /s/ D. Kirby Howard, Jr.
                            COUNSEL