**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 29, 2008

# NOTICE OF NON-COMPLIANCE

To:  ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

Case Style: Nancy Henderson vs. Greyhound Lines, Inc., et al
Case Number:3:07cv916-MEF

Referenced Pleading: Document #18-Motion for Discovery (Plf's Pre-Discovery Disclosures)
#19-Notice of Service of Initial Disclosures
#20-Motion for Discovery (Initial Disclosures under Rule 26)

The referenced pleadings were electronically filed on ***February 29, 2008*** in this case and is not in compliance with the local rules and/or administrative procedures of this court.

*****This pleading is discovery and is not allowed pursuant to Local Rule 5.1 Non-Filing of Civil Discovery.  The pleadings were also filed incorrectly as motions.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.  Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**